ACCEPTED
01-15-00188-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/5/2015 5:10:08 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00188-CV

### IN THE COURT OF APPEALS
### FOR THE FIRST JUDICIAL DISTRICT
### OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/5/2015 5:10:08 PM
~~CHRISTOPHER A. PRINE~~
Clerk

**MARK F. HANKS,**

**APPELLANT,**

**VS.**

**THE HUNTINGTON NATIONAL BANK,**

**APPELLEE**

_____

## NOTICE OF APPEARANCE OF LOCAL COUNSEL FOR APPELLEE

COMES NOW, Appellee The Huntington National Bank, and files this its Notice of Appearance of Local Counsel:

I.

Appellee has retained the undersigned attorney to appear as its local counsel in this case. Appellee requests that all further notices hereunder be <u>also</u> forwarded to Appellee's local counsel..

WHEREFORE, Appellee prays that the Court and Appellant take notice hereof.

Respectfully submitted,

/s/ Rex L. Kesler

_____
Rex L. Kesler
State Bar No. 11357500

C: bb hanks m app nap          Page 1 of 2

2311 Canal Street, Suite 304
Houston, Texas 77003
(281) 501-3098 - Telephone
(281) 501-3191 - Telecopier
keslerhearings@gmail.com

Local Counsel for Appellee

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that a true and correct copy of the foregoing pleading has been served in accordance with the Texas Rules of Civil Procedure and Appellate Procedure on Appellant or Appellant's counsel of record on this 5th day of November, 2015.

/s/ Rex L. Kesler

_____